DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

15 DECEMBER 2015

| 284P15 | Francisco K. Avoki and Ekoko K. Avoki v. Larry Eugene Ferebee, Jr., Does I-XX (Unknown), and Intervenor Government Employees Insurance | 1. Plts' *Pro Se* Motion for Notice of Appeal (COA15-484)  2. Plts' *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County  3. Plts' *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed *ex mero motu*  2. Denied  3. Allowed  **Ervin, J., recused** |
|---|---|---|---|
| 286P15 | State v. Crystal Gail Mangum | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-909)  2. Def's PDR Under N.C.G.S. § 7A-31  3. Def's Motion to Withdraw PDR | 1. Denied  2. —  3. Allowed |
| 292P15 | State v. Lucious Bernard Sullivan, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-76) | Denied  **Ervin, J., recused** |
| 295P15 | State v. Claude Edward Dammons | 1. Def's *Pro Se* Motion for PDR (COAP15-499)  2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied **11/19/2015**  2. Allowed **11/19/2015** |
| 303P15 | Melchor Zapata Dominguez, Employee v. Francisco Dominguez Masonry, Inc., Employer and Builders Mutual Insurance Company, Carrier | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-1307) | Denied |
| 304P15 | Salvatore Marsico and David Hand v. New Hanover County Board of Education | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA14-1370) | Denied |
| 305P97-7 | State v. Egbert Francis, Jr. | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-255) | Dismissed |